UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 17, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS GUZMAN

Defendant.

Case No. 2:26-cr-0142 TLN-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN CARLOS GUZMAN Case No. 2:26-cr-0142 TLN-1 Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 100,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): .

Issued at Sacramento, California on August 17, 2026 at 2:15 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney